UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 24-80053-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**KEITH DUANE MCINTOSH,**

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Ryon M. McCabe Following Change of Plea Hearing [ECF No. 49]. On August 15, 2024, Magistrate Judge McCabe held a Change of Plea hearing [ECF No. 45] during which Defendant pled guilty to Count 1 and Count 2 of the Superseding Indictment [ECF No. 26] pursuant to a written plea agreement and factual proffer [ECF Nos. 47,48]. Magistrate Judge McCabe thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Count 1 and Count 2 of the Superseding Indictment, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of the offenses [ECF No. 26]. No objections to the Report have been filed, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 49] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant **Keith Duane McIntosh** as to Count 1 and Count 2 of the Superseding Indictment is **ACCEPTED**.

CASE NO. 24-80053-CR-CANNON

3. Defendant **Keith Duane McIntosh** is adjudicated guilty of Count 1 and Count 2 of the Superseding Indictment. Count 1 charges him with, conspiracy to advertise child pornography, in violation of Title 18 U.S.C. § 2251(d) and (e). Count 2 charges him with conspiracy to distribute child pornography, in violation of Title 18 U.S.C. § 2252A(a)(2) and (b)(1) [ECF No. 26].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 3rd day of September 2024.

*[signature]*

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record