UNITED STATES MAGISTRATE COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-80053-AMC-1

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| KEITH DUANE MCINTOSH, | ) |
|     Defendant. | ) |
| _____ | ) |

**GOVERNMENT'S RESPONSE TO THE DEFENDANT'S
MOTION FOR DOWNWARD VARIANCE**

The United States hereby files this response to the Defendant Keith Duane McIntosh's motion for downward variance, and states as follows:

The defendant, in his motion for downward variance (DE 67) has requested the absolute minimum sentence allowable under the law – 25 years. He faces a combined maximum sentence of ninety years' imprisonment as part of his conspiracy to advertise and distribute child pornography for years through Website A.

The defendant asserts that his self-minimized role in monitoring the fantasy rooms of Website A, that he is not alleged to have produced child pornography, and his myriad of medical issues are reasons for this Court to impose the minimum sentence. This, despite his admission to suffering a sexual addiction and being labeled a pedophile. The defendant also minimizes his involvement in Website A attempting to separate himself from the three higher members of Website A, a dark web site that boasted thousands of members, and that he possessed significantly less child pornography on his devices than any of his co-defendants.

However, as was detailed in the PSR and will be more thoroughly orated by the government at sentencing, the defendant is a lifelong sexual offender who is deserving of not less than a 70-

year sentence, despite his age and infirmaries. His sentence is a deterrent to other likeminded defendants to committing these heinous crimes against children.

    Respectfully submitted,

    MARKENZY LAPOINTE
    UNITED STATES ATTORNEY

By: *s/Gregory Schiller*
    Gregory Schiller
    Assistant United States Attorney
    Florida Bar No. 0648477
    500 S. Australian Ave., Suite 400
    West Palm Beach, FL 33401
    Email: gregory.schiller@usdoj.gov

By: *s/Kyle Reynolds*
    Kyle Reynolds
    Trial Attorney
    U.S. Dept. of Justice, Criminal Division
    Child Exploitation and Obscenity Section
    Court ID # A5502872
    1301 New York Avenue, NW
    Washington, DC 20005
    Email: kyle.reynolds@usdoj.gov

By: *s/William Clayman*
    William G. Clayman
    Trial Attorney
    U.S. Dept. of Justice, Criminal Division
    Child Exploitation and Obscenity Section
    Court ID # A5502958
    1301 New York Avenue, NW
    Washington, DC 20005
    Email: william.clayman@usdoj.gov

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on December 9, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified.

     *s/Gregory Schiller*
Gregory Schiller
Assistant United States Attorney